W. T. ROYSTON COMPANY et al. v. JOSEPH J. MASCUCH.—

Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ. [See *ante,* p. 833.]

In the Matter of the Arbitration between WRITERS GUILD OF AMERICA EAST, INC., et al., Respondents, and PROCKTER PRODUCTIONS, INC., Appellant.—

Concur — Peck, P. J., Breitel, Bastow and Botein, JJ. [See *ante,* p. 1000.]

NORTHRIDGE COOPERATIVE SECTION No. 1, INC., v. 32ND AVENUE CONSTRUCTION CORP. et al.—

Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante,* p. 422.]

FRANK F. KOEHLER v. GRACE LINE, INC., et al.—

Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See 285 App. Div. 154.]

ISAAC KAPLAN, Doing Business as INSJAR REALTY CO. v. ANDRES URIBE.—

Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante,* p. 156.]

In the Matter of ARTHUR R. HANSON et al., Respondents, against EDWARD RAGER, Appellant.—

Concur — Peck, P. J., Cohn, Breitel and Botein, JJ. [See *ante,* p. 960.]

UNITED INDUSTRIAL SYNDICATE, INC., Appellant, v. WALTER W. WEISMANN et al., Respondents, et al., Defendants.—

Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 663.]